Case 4:22-cv-00684-CLM   Document 1-1   Filed 05/27/22   Page 1 of 5

ELECTRONICALLY FILED
4/25/2022 12:42 PM
28-CV-2022-900065.00
CIRCUIT COURT OF
DeKALB COUNTY, ALABAMA
TODD GREESON, CLERK

FILED
2022 May-27 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

| | |
|---|---|
| DONNA HART, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART ASSOCIATES, INC., a )<br>corporation; FICTITIOUS DEFENDANT )<br>A, being the person, firm or corporation )<br>which owned, operated, or controlled the )<br>WAL-MART store located at 2001 Glenn )<br>Blvd., SW, Fort Payne, Alabama on )<br>September 9, 2020; FICTITIOUS )<br>DEFENDANT B, being the person, )<br>firm, or corporation who was responsible )<br>for maintaining and keeping the aisles of )<br>the WAL-MART Store located at 2001 )<br>Glenn Blvd. SW, Fort Payne, Alabama on )<br>September 9, 2020 free of debris, tripping )<br>and/or slipping hazards; and FICTITIOUS )<br>DEFENDANT C, being the individual )<br>manager or supervisory person )<br>at the WAL-MART Store located at 2001 )<br>Glenn Blvd SW, Ft. Payne, Alabama )<br>on September 9, 2020 who was responsible )<br>for maintaining and keeping the premises )<br>free of slipping and tripping hazards )<br>at the time of the Plaintiff's injury, whose )<br>true names and legal status are unknown to )<br>the Plaintiff at this time, but who will be )<br>added by substitution once ascertained. )<br>)<br>    Defendants. ) | Case No.: _____ |

## **COMPLAINT**

COMES NOW Plaintiff Donna Hart, by and through her undersigned counsel of record, and hereby files this civil action for negligence and wantonness for injuries she sustained in connection with a premises liability incident that occurred on September 9, 2020.

## Parties and Venue

1. Plaintiff Donna Hart ("Plaintiff") is an adult resident citizen of Dekalb County, Alabama.

2. The Defendant, Wal-Mart Associates, Inc. ("Defendant Wal-Mart"), is a foreign corporation with a brick-and-mortar presence in, and regularly doing business in, Dekalb County, Alabama.

3. Fictitious Defendant A is, upon information and belief, the individual and/or entity that owned, operated and controlled the Wal-Mart store located at 2001 Glenn Blvd SW, Fort Payne, Alabama at the time of the incident made the basis of this action. The identity of Fictitious Defendant A is not known at this time but will be substituted once ascertained.

4. Fictitious Defendant B is, upon information and belief, the individual and/or entity that was responsible for keeping the aisles of the Wal-Mart store located at 2001 Glenn Blvd SW, Fort Payne, Alabama free of tripping and/or slipping hazards at the time of the incident made the basis of this action. The identity of Fictitious Defendant B is not known at this time but will be substituted once ascertained.

5. Fictitious Defendant C is, upon information and belief, the individual and/or entity who was responsible for managing and/or supervising those individuals needed to keep the aisles of the Wal-Mart store located at 2001 Glenn Blvd SW, Fort Payne, Alabama free of slipping and/or tripping hazards at the time of the incident made the basis of this action. The identity of Fictitious Defendant C is not known at this time but will be substituted once ascertained.

6. The incident which forms the basis of this case occurred in the Fort Payne Wal-Mart store (2001 Glenn Blvd SW, Fort Payne, Alabama) in Dekalb County, Alabama.

7.  It is upon the information and belief of the Plaintiff that the fictitious Defendants, A, B, and C are individual citizens and/or corporate entities doing business in the State of Alabama.

## Factual Allegations

8.  On September 9, 2020, Plaintiff was a business invitee on the premises of the Defendant Wal-Mart's store located at 2001 Glenn Blvd SW, Fort Payne, Alabama. As Plaintiff was walking into the Cost Cutters hair salon entrance, she was caused to trip on the edge of the floor covering as it transitioned from the smooth floor surface of the Wal-Mart entry area. She fell as a result of the height of the floor covering.

9.  As a result of her fall, Plaintiff suffered bodily injury to her person, physical pain and suffering and will suffer more in the future. Plaintiff was forced to undergo medical treatment, including physical therapy, and incur medical bills and may incur more in the future.

## Count I
## Negligence/Wantonness against Defendant Wal-Mart and Fictitious Defendants A, B, and C

10.  Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above.

11.  Plaintiff avers that all of her injuries and damages were proximately caused by the combined and/or concurring negligence and/or wantonness of Defendant Wal-Mart and/or Fictitious Defendants A, B and/or C and/or their agents, servants, or employees while acting within the line and scope of their employment for the Defendants.

12.  At the time of the incident which is the subject of this action, Plaintiff was a business invitee on the premises of the Wal-Mart store made the basis of this suit. Her injuries and damages were proximately caused by the negligent and/or wanton failure of Defendant Wal-Mart and/or Fictitious Defendant A, B and/or C to use reasonable care to provide her with a reasonably

safe environment, *to wit*, aisles free of tripping hazards and to ensure that all flooring transitions are safe for pedestrian traffic.

WHEREFORE, Plaintiff claims of Defendants, separately and severally, an amount of compensatory and punitive damages as determined at a trial of this matter, together with interest and costs of this action.

>                    Respectfully submitted,
>
>                    /s/ *Jonathan L. Brogdon*
>                    Jonathan L. Brogdon (BRO211)
>                    jbrogdon@wkfirm.com

Of Counsel:

WETTERMARK KEITH
100 Grandview Place, Suite 530
Birmingham, Alabama 35243
Phone:      205-933-9500
Facsimile:  205-977-3431

PLEASE SERVE THE DEFENDANT AT THE FOLLOWING ADDRESS:

WAL-MART ASSOCIATES, INC.
c/o CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104